WILLIAM M. ALBERTI, Respondent, *v.* OTTO HEINEMAN, Appellant.

Reported below, 187 App. Div. 466.

(Argued September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from a judgment entered May 14, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff, and dismissing the complaint and reinstated said verdict.

The motion was made upon the ground that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that no questions of law were involved; that the exceptions were frivolous; that permission to appeal had not been obtained.

*George P. Breckenridge* for motion.

*Mortimer Lanzit* opposed.

Motion denied, with ten dollars costs.